RECEIVED
JAN 11 2023
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY

5:23-cv-0042 Sec P

1/5/2023

To Whom It May Concern:
I, Darnell Wesley Banks was detained on November 14, 2022 by the Shreveport Police Department. I was parked in my truck on Mansfield Road and Lincoln Street. The Shreveport police cited me for DWI and open container along with other frivolous charges. I've been discriminated, treated disparate, and punish for things outside of my control. I was tazed in court prior to being seen. I was sent to men's mental, behavioral management unit, and for no obvious reason. I also was assaulted by another inmate and returned to behavioral management unit for the second sentencing. I was housed in men's mental three times and BMU twice for a total of 50 days combined. The staff has totally violated my rights in every fashion you could imagine. The rules and regulations are a form of modern day slavery. I've never experienced this type of treatment no where in the country.

over

JAN 11 2023
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY

They have confiscated about $70.00 for medical expenses so far. I've been treated different than all inmates housed in the facility. The word indigent obviously has changed in their eyes. There appears to be a lot of kin folk, which is a nexus. There is a lot of favoritism and disparate treatment that set forth. I realize this isn't the right format, but I needed to get the information to the court. I've been reclassified several times to no avail. I suspect that this situation is bigger than it appears. Please take serious actions to conform this facility to modern day activities and conducive to reality. I understand that this is fail, but the reality of life and the core practices of the Bible shall be practice in every which way possible. Please respond with the proper recourse and I shall respond as requested.

DARRELL WESLEY BANKS
6647 BURKE ST
SHREVEPORT, LA 71108

Darrell Banks