© USPS 2019

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

FSC MIX Envelope FSC® C137131

THIS LETTER IS BEING MAILED
BY AN INMATE OF THE
CADDO CORRECTIONAL CENTER
THE CONTENTS HAVE
NOT BEEN REVIEWED

DARRELL BANKS
~~CLERK, UNITED STATES DISTRICT COURT~~
~~WESTERN DISTRICT OF LOUISIANA~~
~~TOM STAGGS UNITED STATES COURT HOU~~
1101 FORUM DR. PO. BOX 20110
SHREPORT, LA 71137-0110
SO# 107461 JACKET# 415897

SHREVEPORT LA 710
9 JAN 2023 PM 2 L

USA ★ FOREVER ★

X-RAYED

CLERK, UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
TOM STAGGS UNITED STATES COURT HOUSE
300 FANNIN ST. SUITE 167
SHREVEPORT, LA 7100-3083

RECEIVED

JAN 11 2023

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY_____

71101-308399