# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

## SHREVEPORT DIVISION

| | |
|---|---|
| DARRELL WESLEY BANKS | CIVIL ACTION NO. 23-42-P |
| VERSUS | JUDGE DOUGHTY |
| UNKNOWN GUARDS, ET AL. | MAGISTRATE JUDGE HORNSBY |

## REPORT AND RECOMMENDATION

In accordance with the standing order of this court, this matter was referred to the undersigned Magistrate Judge for review, report and recommendation.

## STATEMENT OF CLAIM

Before the court is a civil rights complaint filed in forma pauperis by pro se plaintiff Darrell Wesley Banks ("Plaintiff"), pursuant to 42 U.S.C. § 1983.  This complaint was received and filed in this court on January 11, 2023.  Plaintiff is incarcerated at the Caddo Correctional Center in Shreveport, Louisiana, and claims his civil rights were violated by prison officials.  Plaintiff names Unknown Guards, Deputy Young, Deputy Green, Deputy Mathews, Deputy Jordan, Sgt. Thomas, Sgt. Butler, Sgt. Walker, Deputy Webb, Deputy Heirn, Deputy Jones, Sgt. Hawthorne, Sgt. Childress, ERT Cooper, Deputy Law, Deputy Echinberger, Deputy Connely, ERT Jeter, ERT Riker, ERT Turner, Sgt. Williams, Deputy Smith, Programs Officer Thomas, Sgt. Mastrodomenico, ERT Crockett, Deputy Corley, and Deputy Jennings as defendants.

Plaintiff was ordered on March 15, 2023, to file, within 30 days of the service of the order, an amended complaint (Doc. 7).  To date, Plaintiff has not filed an amended complaint.

Accordingly;

**IT IS RECOMMENDED** that this complaint be **DISMISSED WITHOUT PREJUDICE**, <u>sua</u> <u>sponte</u>, for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure as interpreted by the court and under the court's inherent power to control its own docket.  <u>See</u> <u>Link v. Wabash Railroad Company</u>, 370 U.S. 626, 82 S.Ct. 1386 (1962); <u>Rogers v. Kroger Company</u>, 669 F.2d 317, 320-321 (5th Cir. 1982).

## OBJECTIONS

Under the provisions of 28 U.S.C. §636(b)(1)(C) and Fed. R. Civ. P. 72(b), parties aggrieved by this recommendation have fourteen (14) days from service of this Report and Recommendation to file specific, written objections with the Clerk of Court, unless an extension of time is granted under Fed. R. Civ. P. 6(b).  A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. Counsel are directed to furnish a courtesy copy of any objections or responses to the District Judge at the time of filing.

A party's failure to file written objections to the proposed findings, conclusions and recommendation set forth above, within fourteen (14) days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the proposed factual findings and legal conclusions that were accepted by the district court and that were not objected to by the aforementioned party.  <u>See</u> <u>Douglas v. U.S.A.A.</u>, 79 F.3d 1415 (5th Cir. 1996) (en banc).

**THUS DONE AND SIGNED**, in chambers, at Shreveport, Louisiana, on this 25TH day of May 2023.

Mark L. Hornsby
U.S. Magistrate Judge